FIFTH DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

Case No. 5D2026-1589
LT Case No. 2012-033598-CFAES

_____

MALCOLM NEVILLE PETERSON,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

_____


Petition for Belated Appeal.
A Case of Original Jurisdiction.

Malcolm Neville Peterson, Ocala, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

June 26, 2026

PER CURIAM.

   The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the re-sentence imposed on January 14, 2025 rendered in Case No. 2012-033598-CFAES, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

   PETITION GRANTED.

LAMBERT, EDWARDS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____